1    *Note from Jenn: Signatures are in PDF version.*

2

3    KAMALA D. HARRIS
     Attorney General of California
4    VINCENT J. SCALLY, JR.
     Supervising Deputy Attorney General
5    ANDREA R. AUSTIN
     Deputy Attorney General
6    State Bar No. 173630
      1300 I Street, Suite 125
7     P.O. Box 944255
     Sacramento, CA 94244-2550
8     Telephone:  (916) 445-4751
     Fax:  (916) 324-5567
9     E-mail:  Andrea.Austin@doj.ca.gov
   *Attorneys for Defendant Tim Castle*

10

11              UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15

| | |
|---|---|
| **JOVITA VIERRIA,** | Case No. 2:09-cv-00305-KJM-GGH |
| Plaintiff, | **STIPULATION AND ORDER** |
| **v.** | **GRANTING EXTENSION OF DEADLINE TO HEAR DISPOSITIVE MOTIONS** |
| **CALIFORNIA HIGHWAY PATROL, a public entity, TIM CASTLE, an individual, STATE COMPENSATION INSURANCE FUND, a quasi-governmental entity, CHRISTOPHER J. DEVEREUX, an individual,** | Date:        March 2, 2011<br>Time:       10:00 a.m.<br>Dept:      3<br>Judge:     The Hon. Kimberly J. Mueller |
| Defendants. | Trial Date:  July 12, 2011<br>Action Filed:  February 3, 2009 |

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1.  On November 4, 2009, The Honorable Frank C. Damrell, Jr. issued a Pre-Trial Scheduling Order in the above matter.  Docket No. 31.

2.  Pursuant to the Scheduling Order all dispositive motions must be heard by February 28, 2011.

3.  Defendant Castle secured February 28, 2011, as a hearing date for his motion for summary judgment.

4.  On January 20, 2011, the Court reassigned the instant matter to The Honorable Kimberly J. Mueller.

5.  On January 25, 2011, Judge Mueller rescheduled the hearing on co-defendants' motion for summary judgment from January 28, 2011, to March 2, 2011.

6.  On January 27, 2011, counsel for Defendant Castle was advised by the Court's clerk that Judge Mueller is not available for hearing on February 28, 2011, and that her first available date is March 2, 2011.

7.  Defendant Castle intends to file his motion for summary judgment on January 28, 2011, in sufficient time for a hearing on February 28, 2011.

8.  The parties, by and through their respective attorneys of record, have agreed to extend the deadline to hear dispositive motions in this case from February 28, 2011, to March 2, 2011, so that Defendant Castle's motion for summary judgment can be heard on the same day as co-defendants' motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Dated: _____                    _____
                                                 MARY-ALICE COLEMAN
2                                                Attorney for Plaintiff, Jovita Vierria

3
   Dated: _____                    _____
4                                                ANDREA R. AUSTIN
                                                 Attorney for Defendant Tim Castle
5

6  Dated: _____                    _____
                                                 MARK PETER GRAJSKI
7                                                Attorney for State Compensation Insurance
                                                 Fund and Christopher Devereux
8

9          The parties stipulation to extend time for hearing dispositive motions from February 28 to

10 March 2, 2011, is so Ordered, and the Scheduling Order is hereby modified accordingly.

11 Dated:   February 1, 2011.

12                                               _____
                                                 UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28